**STATE of Missouri, Plaintiff/Respondent,**

v.

**Carl B. McCORMICK, Defendant/Appellant.**

**No. 64565.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 9, 1994.

Talat Bashir, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant was charged by information with receiving stolen property with a value in excess of $150, § 570.080, RSMo 1986. A jury convicted defendant and the trial court sentenced him as a prior and persistent offender to a prison term of seven years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value

nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).